THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE FUENTES, Appellant.

Submitted July 21, 2008; decided August 28, 2008

Motion for assignment of counsel granted and Charles T. Glaws, Esq., care of Gruvman, Giordano & Glaws, LLP, 61 Broadway, Suite 2715, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.